UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

05-60073-CR-DIMITROULEAS /TORRES

18 U.S.C. § 2422(b)
18 U.S.C. § 2423(b)

UNITED STATES OF AMERICA

vs.

PATRICK CALLAHAN,

  Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about January 27, 2005, to on or about March 14, 2005, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**PATRICK CALLAHAN,**

did knowingly and intentionally by using a facility and means of interstate commerce, that is, by computer via the Internet, attempt to persuade, induce, entice, and coerce a person who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

From on or about March 12, 2005, to on or about March 14, 2005, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**PATRICK CALLAHAN,**

did knowingly and intentionally travel in interstate commerce for the purpose of engaging in illicit

sexual conduct with another person, in violation of Title 18, United States Code, Section 2423(b); all in violation of Title 18, United States Code, Section 2423(e).

A TRUE BILL

*[signature]*
Deputy FOREPERSON

*[signature]*
for MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

*[signature]*
ROBIN WAUGH-FARRETTA
ASSISTANT UNITED STATES ATTORNEY

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:    PATRICK CALLAHAN

ALIAS: _____

LAST KNOWN RESIDENCE:  3106 SOUTHERN AVENUE, BALTIMORE, MARYLAND 21214.

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH:  Vermont

DATE OF BIRTH:  June 4, 1960

SOCIAL SECURITY NUMBER:  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

HEIGHT:  6'2"                                          WEIGHT:  180

SEX:  MALE                                             RACE:  WHITE

HAIR:  RED/BLONDE                                      EYES:  BLUE

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER:  901951CA1

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS:    FEDERAL BUREAU OF INVESTIGATION

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: __PATRICK CALLAHAN__

    __Pre-Trial Detention__
(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
      Robin Waugh-Farretta
      ASSISTANT UNITED STATES ATTORNEY

Last Known Address: 3106 Southern Avenue

                           Baltimore, Maryland

What Facility: _____

Agent(s):     James Lewis, FBI
      (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (__OTHER__)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: PATRICK CALLAHAN

**Case No**: _____

Count #: 1

USE OF A MEANS OF A FACILITY OF INTERSTATE COMMERCE TO COERCE, ENTICE, PERSUADE A MINOR TO ENGAGE IN SEXUAL ACTIVITY FOR WHICH ANY PERSON CAN BE CHARGED

18 U.S.C. § 2422(b)

\* **Max.Penalty**: Thirty (30) years' imprisonment; five (5) years mandatory minimum; not more than five (5) years supervised release; and $250,000 fine

Count #: 2

TRAVEL IN INTERSTATE COMMERCE FOR THE PURPOSE OF ENGAGING IN ILLICIT SEXUAL CONDUCT WITH ANOTHER

18 U.S.C. § 2423(b), (e)

\***Max. Penalty:** Thirty (30) years' imprisonment; not more than five (5) years supervised release; and $250,000 fine

Count #: 3

_____

_____

\***Max. Penalty:** _____

_____

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

PATRICK CALLAHAN,

Defendant.
_____/

CASE NO. __05-60073__

CERTIFICATE OF TRIAL ATTORNEY

Superseding Case Information:

**Court Division:** (Select One)

___ Miami     ___ Key West
_X_ FTL       ___ WPB       ___ FTP

New Defendant(s)          Yes ___   No ___
Number of New Defendants  ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   __No__
   List language and/or dialect

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      _X_          Petty     ___
   II   6 to 10 days     ___          Minor     ___
   III  11 to 20 days    ___          Misdem.   ___
   IV   21 to 60 days    ___          Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   __No__
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)   __No__
   If yes:
   Magistrate Case No.            _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?   ___ Yes   _X_ No
   If yes, was it pending in the Central Region?   ___ Yes   ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   ___ Yes   _X_ No

_____
Robin Waugh-Farretta
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 537837

*Penalty Sheet(s) attached

REV.1/14/04