AO 442   (Rev. 10/03) Warrant for Arrest   AUSA Robin Waugh-Farretta   FBI S/A James Lewis (305)787-6493

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District __FLORIDA__

UNITED STATES OF AMERICA

vs.

PATRICK CALLAHAN

**WARRANT FOR ARREST**

Case Number: **05-60073 CR-DIMITROULEAS / TORRES**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __PATRICK CALLAHAN__
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

use of a means of a facility of interstate commerce, that is, by computer via the Internet, in an attempt to persuade, induce, entice, and coerce a person who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense; and travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person

in violation of   __18__   United States Code,   __2422(b) and 2423(b), (e)__

CLARENCE MADDOX                    COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer              Title of Issuing Officer

_[signature]_                        April 8, 2005   Fort Lauderdale, Florida
Signature of Issuing Officer          Date and Location

Bail fixed at $ PRETRIAL DETENTION    By: Barry S. Seltzer, U.S. Magistrate Judge
                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |